**\*HLD-012 (Resubmit)**                                    **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-3029
_____

In re:  BORN ISLAM RUSH,
                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to No. 1-13-cv-04788)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
September 3, 2015

Before:  McKEE, Chief Judge, GARTH and BARRY, Circuit Judges

(Filed:  November 16, 2015)
_____

OPINION[*]
_____

PER CURIAM

Pro se petitioner Born Rush filed a petition for writ of mandamus requesting that

we direct the District Court to rule upon his then-pending petition under 28 U.S.C.

§ 2241.  Soon thereafter, the District Court disposed of Rush's § 2241 petition,

dismissing it in part and denying it in part.  Because the District Court granted Rush the

_____

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

relief he requested in his mandamus petition — a decision on his § 2241 petition — his mandamus petition has been rendered moot. See, e.g., Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996). Accordingly, we will dismiss Rush's mandamus petition.